**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2469**

———————

In Re: COMPUTER DYNAMICS, INCORPORATED,

Debtor.

———————

STEPHEN GARY MERRILL,

Plaintiff - Appellant,

versus

UNITED STATES TRUSTEE,

Party in Interest - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-00-556-2, BK-95-23127-A)

———————

Submitted:  May 17, 2001              Decided:  May 22, 2001

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stephen Merrill, GHENT LAW OFFICES, Norfolk, Virginia, for
Appellant.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen Gary Merrill appeals from the district court's order affirming the bankruptcy court's order which suspended his right to practice before the bankruptcy court for the Eastern District of Virginia. Our review of the record included on appeal, as well on Merrill's brief, discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Merrill v. United States Trustee</u>, Nos. CA-00-556-2; BK-95-23127-A (E.D. Va. Oct. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>